UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-135-TPB-KCD

FERNANDO ESPINOSA LEON

### ORDER OF DETENTION PENDING TRIAL

Defendant, through counsel, voluntarily waived the right to a detention hearing without prejudice, to be brought up at another time if the circumstances change and agreed to remain in custody.

Accordingly, based upon consideration of the factors enumerated in 18 U.S.C. § 3142(g) and Defendant's waiver of a detention hearing, the Court **ORDERS** that:

1. Defendant is detained without prejudice pending trial. A motion for conditions of release and for a detention hearing may be filed at a later date upon a change in circumstances.

2. Defendant is committed to the custody of the Attorney General or the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On

order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**Ordered** in Fort Myers, Florida on August 21, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge