UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:20-cr-135-TPB-KCD

FERNANDO ESPINOSA LEON

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

Defendant Fernando Espinosa Leon, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Counts 1 and 7 of the Indictment (Doc. 3). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts 1 and 7, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements. I thus **RECOMMEND** that the plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation (Doc. 42). Defendant remains in custody of the U.S. Marshal pending sentencing.

**RECOMMENDED** in Fort Myers, Florida on December 6, 2024.

Kyle C. Dudek
United States Magistrate Judge