UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:20-cr-135-TPB-KCD

FERNANDO ESPINOSA LEON

### ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for entry of an order of forfeiture in the amount of $4,013,148.76, pursuant to 18 U.S.C. § 982(a)(7) and Fed. R. Crim. P. 32.2(b)(2).

Being fully advised of the relevant facts, the Court finds the United States has established that the defendant obtained $4,013,148.76 in proceeds as a result of the health care fraud offense as charged in Count One of the Indictment.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States= motion is **GRANTED**.

It is **FURTHER ORDERED** that, the proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $4,013,148.76 order of forfeiture. The court retains jurisdiction to enter any order necessary to the forfeiture and disposition of any substitute asset.

**DONE and ORDERED** in Fort Myers, Florida, this <u>3rd</u> day of May, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record